**AEGIS LAW FIRM, PC**
KASHIF HAQUE, State Bar No. 218672
SAMUEL A. WONG, State Bar No. 217104
JESSICA L. CAMPBELL, State Bar No. 280626
ALI S. CARLSEN, State Bar No. 289964
9811 Irvine Center Drive, Suite 100
Irvine, California 92618-2902
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MARSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VACASA, LLC, an Oregon limited liability company,<br><br>Defendant. | CASE NO: 2:17-cv-1328 MWE (JCx)<br><br>*Assigned for all purposes to Hon. Michael W. Fitzgerald Courtroom: 5A*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action <u>without prejudice</u>. This dismissal is made pursuant to Federal Rule of Civil Procedure 41, which provides that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. Proc. 41(a)(1)(A)(i). Further, a dismissal is without prejudice unless "the plaintiff previously dismissed any federal- or -state-court action based on or including the same claims." Fed. R. Civ. Proc. 41(a)(1)(B).

Here, Defendant has not served either an answer or a motion for summary judgment. Plaintiff has not previously dismissed any federal- or -state-court action based on or including the same claims. Therefore, Plaintiff may dismiss this action without prejudice and without a court order.

Dated: May 8, 2017        AEGIS LAW FIRM, PC

By:        */s/ Ali S. Carlsen*
            Ali S. Carlsen
       Attorneys for Plaintiff Marcia Marsh