JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MARSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VACASA, LLC, an Oregon limited liability company,<br><br>Defendant. | CASE NO: 2:17-cv-1328 MWE (JCx)<br><br>*Assigned for all purposes to Hon. Michael W. Fitzgerald Courtroom: 5A*<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1
ORDER DISMISSING ACTION WITHOUT PREJUDICE

**ORDER**

Having considered Plaintiff's Notice of Dismissal Without Prejudice Pursuant to Rule 41(a), and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court hereby dismisses this action without prejudice.

DATED: May 8, 2017

_____
Hon. Michael W. Fitzgerald
District Court Judge